**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JON SOSDJAN** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 11-cv-2969** |

## JUDGMENT

**AND NOW**, this 10th day of July, 2012, judgment is hereby entered in favor of Police Officer Ned Felicia , and against Jon Sosdjan, in the amount of $ 994.00

Michael E. Kunz

**MICHAEL E. KUNZ**
**CLERK OF COURT**